JESSE S. KAPLAN    CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

Attorney for Plaintiff
REBA MODENA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| REBA MODENA, | No.   2:15-cv-00129-CKD |
| Plaintiff, | |
| | STIPULATION AND  [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to August 12, 2015, and defendant's cross-motion, therefore, to September 9, 2015.

    This is the first extension.

[Pleading Title] - 1

Dated: July 23, 2015 /s/    Jesse S. Kaplan
JESSE S. KAPLAN
Attorney for Plaintiff

Dated: July 23, 2015 /s/ per e-mail authorization

DONNA WADE ANDERSON
Special Assistant U.S. Attorney
Attorney for Defendant

## ORDER

For good cause shown, based on the foregoing stipulation, plaintiff's motion for summary judgment is due August 12, 2015, and defendant's cross-motion is due September 9, 2015. Plaintiff's optional reply brief is due 21 days thereafter.

SO ORDERED.

Dated:  July 24, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2