BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, SBN PA 46355
Special Assistant United States Attorney
      160 Spear Street, Suite 800
      San Francisco, CA 94105-1545
      Telephone:  (415) 977-8930
      Facsimile:  (415) 744-0134
      E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| REBA MODENA,<br><br>        Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.  2:15-cv-00129-CKD<br><br>STIPULATION AND ORDER FOR<br>EXTENSION OF BRIEFING SCHEDULE |

      The parties, through their respective counsel, stipulate that the time for Defendant to file her response to Plaintiff's Motion for Summary Judgment should be extended from September 9, 2015 to October 23, 2015.

//

//

//

This is Defendant's first request for an extension of time to respond to Plaintiff's Motion for Summary Judgment.  Defendant needs the additional time to confer with the client and accommodate counsel's leave schedule.  Plaintiff does not object and agrees that all subsequent filing deadlines should be extended accordingly.

Respectfully submitted,

Dated: September 9, 2015        */s/ Jesse Kaplan**
                                JESSE KAPLAN
                                Attorney for Plaintiff  Reba Modena
                                (*Authorized via Email on 09/08/15)


Dated: September 9, 2015        BENJAMIN B. WAGNER
                                United States Attorney
                                DEBORAH LEE STACHEL
                                Acting Regional Chief Counsel, Region IX
                                Social Security Administration

                         By:  */s/ Donna W. Anderson*
                                DONNA W. ANDERSON
                                Special Assistant United States Attorney
                                Attorneys for Defendant


IT IS SO ORDERED:

Dated:  September 14, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE