**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**REBA MODENA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| REBA MODENA, | No.   2:15-cv-00129-CKD |
| Plaintiff, | |
| | STIPULATION AND ORDER FOR EXTENSION OF PLAINTIFF'S TIME TO FILE REPLY BRIEF |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to November 24, 2015.

This extension is justifiable because of a fairly long record and long cross-motion, and because a subsequent claim of plaintiff has been granted.

[Pleading Title] - 1

Dated:  November 13, 2015                    /s/   *Jesse S. Kaplan*
                                             JESSE S. KAPLAN
                                             Attorney for Plaintiff


Dated: November 13, 2015                       /s/ *per e-mail authorization*

                                             DONNA WADE ANDERSON
                                             Special Assistant U.S. Attorney
                                             Attorney for Defendant


## ORDER

For good cause shown by this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to November 24, 2015.

SO ORDERED.

Dated:  November 17, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2