UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBA MODENA, | No. 2:15-cv-0129 CKD |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

By mandate of the United States Court of Appeals for the Ninth Circuit, filed April 25, 2017, this matter was remanded pursuant to the parties' joint motion to remand. ECF Nos. 28, 29. Accordingly, IT IS HEREBY ORDERED that no later than May 26, 2017 the parties shall file a stipulation to remand this matter to the Commissioner or advise the court on any other relief they deem appropriate.

Dated: April 28, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 modena0129.ss.rem

1