BENJAMIN B. WAGNER
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
Chantal R. Jenkins, SBN PA 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| REBA MODENA,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:15-cv-00129-CKD<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).

The parties further stipulate that the case shall be remanded to the Commissioner for another administrative law judge (ALJ) decision with instructions to issue a de novo decision. Upon remand, in accordance with 20 C.F.R. § 404.1594, the ALJ will compare the prior medical evidence as of the date of the comparison decision with the medical evidence considered in the

continuing disability review through the ALJ's decision, dated August 27, 2013, and determine whether the Plaintiff experienced medical improvement.

                                                Respectfully submitted,

Dated: April 28, 2017                 */s/ Jesse S. Kaplan by Chantal R. Jenkins\**
                                        JESSE S. KAPLAN
                                          \*As authorized *via* email by Jesse Kaplan
                                          on APRIL 28, 2017
                                          Attorney for Plaintiff

Dated: April 28, 2017                 PHILLIP A. TALBERT
                                          United States Attorney
                                          DEBORAH LEE STACHEL
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

                            By:     */s/ Chantal R. Jenkins*
                                          CHANTAL R. JENKINS
                                          Special Assistant United States Attorney

## ORDER

APPROVED AND SO ORDERED:

Dated: May 2, 2017

                                              _____
                                              CAROLYN K. DELANEY
                                              UNITED STATES MAGISTRATE JUDGE